UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN RAY HEATH *also known as* Johnny Ray Heath,<br><br>　　　　Defendant. | 5:23-CR-50046-KES<br><br>ORDER ADOPTING<br>REPORT & RECOMMENDATION |

　　　　On December 15, 2023, defendant, John Ray Heath, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to Counts 3 and 5 of the Indictment. Count 3 of the Indictment charges Heath with Sex Trafficking by Force, Fraud, or Coercion in violation of 18 U.S.C. §§ 1591(a)(1) and 1591(b)(1). Count 5 of the Indictment charges Heath with Attempted Enticement of a Minor using the Internet in violation of 18 U.S.C. § 2422(b). The parties both waived any objection to the report and recommendation. Upon review of the record, it is

　　　　ORDERED that the report and recommendation (Docket 41) is adopted. The defendant is adjudged guilty of Count 3, Sex Trafficking by Force, Fraud, or Coercion in violation of 18 U.S.C. §§ 1591(a)(1) and 1591(b)(1), and Count 5,

Attempted Enticement of a Minor using the Internet in violation of 18 U.S.C. § 2422(b). It is

    FURTHER ORDERED that the sentencing hearing in this matter will be on March 1, 2024, at 10:00 a.m. in Rapid City, Courtroom 2.

    Dated December 18, 2023.

                                  BY THE COURT:

                                  */s/ Karen E. Schreier*
                                  KAREN E. SCHREIER
                                  UNITED STATES DISTRICT JUDGE